BLANK ROME LLP
Attorneys for Debtor
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Marc E. Richards
Joel C. Shapiro
Scott F. Budzenski

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  :
                                                        :
METROPOLITAN 885 THIRD AVENUE                           :  Case No. 10-16103 (SCC)
LEASEHOLD, LLC,                                         :
                                                        :  Chapter 11 Case
       Debtor.                                           :
------------------------------------------------------- x

## PLAN SUPPLEMENT – II – REPLACEMENT EXHIBIT 2

1. Designation of Initial Board Members and Officers of Reorganized Debtor which replaces and supersedes Exhibit # 2 to Plan Supplement – II filed on December 17, 2010 (Docket No. 55).

Dated: New York, NY
December 21, 2010

Respectfully submitted,

BLANK ROME LLP


By:   /s/ *Marc E. Richards*
Marc E. Richards
Scott F. Budzenski
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
Telephone:  (212) 885-5000)
Facsimile:  (212) 885-5001

      -and-

Joel C. Shapiro
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  (215) 569-5500
Facsimile:  (215) 569-5555

*Counsel to Metropolitan 885 Third Avenue Leasehold, LLC*

# REPLACEMENT EXHIBIT 2

**Officers**

Eduardo Sergio Elsztain
Saul Zang
Alejandro Gustavo Elsztain
Daniel Ricardo Elsztain

**Directors**

Eduardo Sergio Elsztain
Joseph K. Winrich (Independent)
Michael J. Finegan (Independent)